UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MEGAN NICOLE MAXWELL,<br><br>    Plaintiff,<br><br>    vs.<br><br>MIMEDX GROUP, INC.,<br><br>    Defendant. | No. 2:18-cv-01165-RSM<br><br>**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure and Local Civil Rule 7.1(a), Defendant MiMedx Group, Inc. ("MiMedx" or "Defendant"), makes the following corporate disclosures:

MiMedx is a publicly traded corporation with no parent corporation. Based solely upon Defendant's review of ownership reports required to be filed by such shareholders under the rules and regulations of the Securities and Exchange Commission, Defendant is aware of two entities that claim to own 10% or more of Defendant's common equity: BlackRock, Inc., a publicly traded company, and its non-publicly traded affiliates, owns more than 10% of MiMedx's stock and State Street Corporation, a publicly traded company, and its non-publicly traded affiliates, owns more than 10% of MiMedx's stock. On information and belief, no other corporations own 10% or more of Defendant's common stock.

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT - 1

| | |
|---|---|
| 1 | |
| 2 | Dated: August 16, 2018 |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

Dated: August 16, 2018

*/s/ Joanna Silverstein*
Joanna Silverstein (WSBA No. 38577)
jsilverstein@littler.com
Birgitte M. Gingold (WSBA No. 50630)
bgingold@littler.com
**LITTLER MENDELSON, P.C.**
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
Telephone:     206.623.3300
Facsimile:      206.447.6965

Attorneys for Defendant

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT - 2

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300

# CERTIFICATE OF SERVICE

I am a resident of the State of Washington. I am over the age of eighteen years and not a party to the within-entitled action. My business address is One Union Square, 600 University Street, Suite 3200, Seattle, Washington 98101. I hereby certify that on August 16, 2018, I electronically filed the foregoing document(s) with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Plaintiff**

Reba Weiss, WSBA #12876
reba@weisslawfirm.org
Weiss Law Firm PLLC
12537 15th Avenue NE, Suite 108
Seattle, WA  98125
(206) 508-5933

I certify under penalty of perjury under the laws of the United States and of the State of Washington that the foregoing is true and correct.

Dated this 16th day of August, 2018.

*s/ Karen Fiumano Yun*
Karen Fiumano Yun
kfiumano@littler.com
**LITTLER MENDELSON, P.C.**

Firmwide:156363048.3 088445.1003

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT - 3

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300