THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MEGAN NICOLE MAXWELL,<br><br>    Plaintiff,<br><br>  vs.<br><br>MIMEDX GROUP, INC.,<br><br>    Defendant | Case No.: 2:18-cv-01165<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND INITIAL SCHEDULING DEADLINES**<br><br>**JURY DEMAND** |

THE COURT, having considered the parties' Stipulated Motion to Extend Initial Scheduling Deadlines, and the Weiss Declaration in support thereof, having found good cause to extend the deadlines, hereby GRANTS the parties' motion. The deadline for Defendant to file its Answer, or otherwise respond, to Plaintiff's Amended Complaint is extended to October 26, 2018, the parties' deadline for exchanging Initial Disclosures is

ORDER GRANTING STIPULATION MOTION TO
EXTEND DEADLINES - 1

REBA WEISS
WEISS LAW FIRM PLLC
12537 15th Avenue N.E., Suite 108
Seattle, WA 98125
(206) 508-5933
reba@weisslawfirm.org

extended to October 17, 2018, and the deadline for filing the Joint Status Report is extended to October 24, 2018.

ORDERED this 28 day of August 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATION MOTION TO EXTEND DEADLINES - 2

REBA WEISS
WEISS LAW FIRM PLLC
12537 15th Avenue N.E., Suite 108
Seattle, WA 98125
(206) 508-5933
reba@weisslawfirm.org