The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MEGAN NICOLE MAXWELL,<br><br>               Plaintiff,<br><br>vs.<br><br>MIMEDX GROUP, INC.,<br><br>               Defendant. | No. 2:18-cv-01165-RSM<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

COME NOW the parties to this litigation, by and through their undersigned counsel of record, and hereby stipulate and request that the Court enter an order dismissing all of the claims and causes of action in the above-captioned case with prejudice and without costs or attorneys' fees to any party.

STIPULATED and AGREED this 29th day of October 2018.

*s/ Reba Weiss*
Reba Weiss, WSBA #12876
reba@weisslawfirm.org
Weiss Law Firm PLLC
12537 15th Avenue NE, Suite 108
Seattle, WA 98125
Tel: (206) 508-5933

Attorneys for Plaintiff

*s/ Birgitte M. Gingold*
Birgitte M. Gingold (WSBA No. 50630)
bgingold@littler.com
LITTLER MENDELSON, P.C.
600 University Street, Suite 3200
Seattle, WA 98101.3122
Phone: 206.623.3300

Attorney for Defendant

STIPULATION AND ORDER FOR DISMISSAL
WITH PREJUDICE - 1
Case No. 2:18-cv-01165-RSM

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

# ORDER

In accordance with the Stipulation and Request for Dismissal filed by the parties, the Court hereby orders that any and all claims brought, or that could have been brought, against Defendant in this matter are hereby **DISMISSED WITH PREJUDICE**, with each party to bear their own fees and costs.

**IT IS SO ORDERED.**

DATED: October 30, 2018 2018.

                              *[signature]*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

*Presented by:*

*s/ Birgitte M. Gingold*
Birgitte M. Gingold (WSBA No. 50630)
bgingold@littler.com
LITTLER MENDELSON, P.C.

Attorneys for Defendant

*Approved as to form and content,
Notice of Presentation Waived:*

*s/ Reba Weiss*
Reba Weiss, WSBA #12876
reba@weisslawfirm.org
Weiss Law Firm PLLC

Attorneys for Plaintiff

STIPULATION AND ORDER FOR DISMISSAL
WITH PREJUDICE - 2
Case No. 2:18-cv-01165-RSM

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300